## National Yeast Corporation, Appellant, *v.* Tax Review Board.

Argued December 16, 1966. *Lester Eisenstadt,* for appellant; *Jerome R. Richter,* Assistant City Solicitor, with him *Louis Kattelman,* Assistant City Solicitor, *Matthew W. Bullock, Jr.,* Second Deputy City Solicitor, and *Edward G. Bauer, Jr.,* City Solicitor, for City of Philadelphia, appellee.

Order affirmed.

## New Graygors, Incorporated Liquor License Case.

Argued December 16, 1966. *James Iannucci,* Special Assistant Attorney General, with him *I. Harry Checchio,* Special Assistant Attorney General, *Thomas J. Shannon,* Assistant Attorney General, and *Edward Friedman,* Attorney General, for Pennsylvania Liquor Control Board, appellant; *Samuel Moonblatt,* with him *Berk, Masino & Moonblatt,* for appellee.

Order affirmed.